# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BERNARD NYABUGULU            ) | |
| ) | |
| Petitioner,            ) | |
| ) | |
| v.                                                  ) | CIVIL ACTION NO. |
| ) | 4:15-cv-1666-KOB-JEO |
| ) | |
| SCOTT HASSELL, Sheriff of Etowah ) | |
| County Detention,                            ) | |
| ) | |
| Respondent.                   ) | |

## MEMORANDUM OPINION

On September 23, 2015, Petitioner Nyuabugulu filed this habeas corpus action pursuant to 28 U.S.C. § 2241, challenging his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.* (Doc. 1). On September 28, 2015, the court issued an order, which was mailed that same day to Petitioner, ordering him either to pay the applicable filing fee of five dollars, *see* 28 U.S.C. § 1914(a), or to file an application for leave to proceed *in forma pauperis*, *see* 28 U.S.C. § 1915. (Doc. 2). The court further advised Petitioner that if he failed to comply within 30 days that this action would be subject to dismissal without further notice. (*Id.*) Despite that warning, Petitioner has failed to comply with the court's order. Therefore, this action is due to be **DISMISSED**

**WITHOUT PREJUDICE** for want of prosecution.  A separate Final Order will be entered.

DONE and ORDERED this 22nd day of December, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE